United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRYSTINA R. FITZGERALD, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-05131 |
| VERDE ENERGY USA, INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed on July 11, 2025. Doc. #17. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE as to Plaintiff's individual claims and DISMISSED WITHOUT PREJUDICE as to any claims asserted on behalf of putative class members. Each party is to bear its own costs and attorneys' fees.

It is so ORDERED.

JUL 1 5 2025
Date

The Honorable Alfred H. Bennett
United States District Judge